IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANCIO REYES-CRUZ,

    Petitioner,

v.

RANDALL HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-465-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Amancio Reyes-Cruz for a writ of habeas corpus under 28 U.S.C. § 2254.

_____    _____2/2/12_____
  Peter Oppeneer, Clerk of Court                             Date